

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

New York
Regional Office

August 15, 2025

**VIA ECF**
The Honorable Peggy Kuo
United States Magistrate Judge
United States Courthouse, Room 1207 S
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>SEC v. Native American Energy Group, Inc., No. 23-cv-04455-NGG-PK</u>

Dear Judge Kuo:

    Pursuant to the Court's Order dated July 2, 2025, Plaintiff Securities and Exchange Commission ("SEC"), jointly with Defendant David Hudzik ("Hudzik"), respectfully submits this letter to update the Court on the progress of the parties' settlement discussions.

    As described in the parties' prior status letters (Dkts. 54, 55), the SEC and Hudzik are in agreement in principle on terms of a consensual resolution of this matter that the SEC staff is prepared to recommend to the Commission. Since the last status letter of July 1, 2025 (Dkt. 55), Hudzik has now produced the supporting financial documentation to the SEC staff that the SEC required to complete its recommendation process. The SEC staff is reviewing that documentation and finalizing its formal recommendation of the proposed settlement to the SEC Commissioners. The SEC expects that recommendation process to be complete within approximately five to six weeks.

    Accordingly, the SEC and Hudzik jointly request that the Court set a new deadline of October 15, 2025 for the parties to report to the Court on the status of the matter if the proposed consent judgment has not been submitted to the Court prior to that date.

                                              Respectfully submitted,

                                              */s/ David Zetlin-Jones/ Benjamin Mishkin*
                                              David Zetlin-Jones / Benjamin Mishkin
                                              Counsel to Plaintiff SEC

cc:    Defendants David Hudzik, Joseph D'Arrigo, and Native American Energy Group, Inc., and Relief Defendants Lisa D'Arrigo and Lorraine Alejandro (by email)