UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> -against- <br><br> NATIVE AMERICAN ENERGY GROUP, INC., JOSEPH D'ARRIGO, and DAVID HUDZIK, <br><br> Defendants, <br> -and- <br><br> LISA D'ARRIGO and LORRAINE ALEJANDRO, <br><br> Relief Defendants. | Civil Action No. <br> 23-cv-04455 (NGG) (PK) |

## [PROPOSED] ORDER OF DISMISSAL OF
## PLAINTIFF'S CLAIMS AGAINST RELIEF DEFENDANT LISA D'ARRIGO

Before the Court is Plaintiff Securities and Exchange Commission's ("SEC") Motion for Dismissal of its Claims Against Relief Defendant Lisa D'Arrigo. Dkt. No. 73. After review of the motion, the accompanying memorandum of law, and the entirety of the record, the Court has determined the motion should be, and hereby is, **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(2), the SEC's claims against Relief Defendant Lisa D'Arrigo are hereby dismissed with prejudice.

2.      The SEC and Relief Defendant Lisa D'Arrigo will bear their own fees and costs.

**SO ORDERED**

Dated: ___April 23___, 2026

s/Nicholas G. Garaufis
_____
Nicholas G. Garaufis
UNITED STATES DISTRICT JUDGE